# Order

Michigan Supreme Court
Lansing, Michigan

November 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145052(97)

MILLER-DAVIS COMPANY,
          Plaintiff-Appellant,

v

AHRENS CONSTRUCTION, INC.,
          Defendant-Appellee,

and

MERCHANTS BONDING COMPANY,
          Defendant.
_____/

SC: 145052
COA: 284037
Kalamazoo CC: 05-000199-CK

On order of the Chief Justice, the motion of plaintiff-appellant for leave to file a supplemental brief after oral argument and an executed copy of plaintiff's Trial Exhibit 4 is GRANTED. The brief and exhibit submitted on November 8, 2013, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____November 12, 2013_____



Clerk